**JOSE ESCALANTE & CO. v. FONTENOT,
Acting Collector of Internal Revenue.\***

No. 7883.

Circuit Court of Appeals, Fifth Circuit.

Sept. 13, 1935.

Eberhard P. Deutsch, of New Orleans, La., for appellant.

Rene A. Viosca, U. S. Atty., of New Orleans, La., for appellee.

FOSTER, Circuit Judge.

It appearing that the appellant has a plain and adequate remedy at law under the Agricultural Adjustment Act as amended, 7 USCA § 601 et seq., it is ordered that the petition of the appellant for an order to stay the collection of the taxes pending the appeal to this court be, and the same is hereby, denied.